UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WORD AFLAME TABERNACLE, INC., a California Non-Profit Corporation; PASTOR JOE GARCIA, an individual; MARIE GARCIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LA HABRA HEIGHTS; FABIOLA HUERTA, in her Official Capacity as City Manager of La Habra Heights; JUAN GARCIA, an individual,<br><br>Defendants. | Case No. 2:20-cv-09899-JGB (KKx)<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Trial Date:     Not Set<br>Action Filed:  October 28, 2020 |

## **ORDER**

Whereas the parties have agreed to the stipulated protective order set forth in Dkt. no. 117, the Court hereby orders:

The parties' stipulated protective order (Dkt. no. 117) is approved.

IT IS SO ORDERED.

Dated:  April 26      , 2022

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
3390 UNIVERSITY AVENUE, 5TH FLOOR
RIVERSIDE, CALIFORNIA 92502

46424.00215\33935894.1

- 2 -

2:20-CV-09899-JGB (KKX)
(PROPOSED) ORDER GRANTING
STIPULATED PROTECTIVE ORDER